AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>EVAN STAUFFER<br><br>*Defendant(s)* | )<br>)<br>) Case No. 8:22-mj-2241-MRM<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2020 - present__ in the county of __Pasco__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2)(b) | cyberstalking |
| 18 U.S.C. § 875(c) | interstate threats |
| 47 U.S.C. § 223(a)(1)(A) | making obscene and harassing telephone calls |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Corrigan, SA, FBI
*Printed name and title*

Sworn to before me over the phone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 12/23/2022

_____
*Judge's signature*

City and state: Tampa, FL

Mac R. McCoy, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Kevin Corrigan, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2015. I am currently assigned to the Violent Crime Task Force of the Tampa Division of the FBI. During my time as a Special Agent with the FBI, I have participated in violent crime investigations as the primary investigator or in a subsidiary role. I am familiar with the procedures, activities, and investigative techniques associated with violent crime investigations, to include cases of online interstate threats and harassment, in violation of 18 U.S.C. §§ 875(c) and 2261A. Prior to working with the FBI, I served as a Police Officer in Charleston, South Carolina, and an Assistant State Attorney in Orlando, Florida.

2. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Evan Stauffer ("STAUFFER"). This affidavit sets forth facts sufficient to establish probable cause to believe that STAUFFER has committed the offenses of cyberstalking, in violation of 18 U.S.C. § 2261A(2)(b), interstate threats, in violation of 18 U.S.C. § 875(c), and making obscene and harassing telephone calls, in violation of 47 U.S.C. § 223(a)(1)(A).

3. The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by witnesses and by law

1

enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking authorization to arrest STAUFFER, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

4. Title 18, United States Code, section 2261A(2)(B) prohibits a person from acting "with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, inure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that causes, attempts to cause, or would reasonably be expected to cause substantial emotional distress to a person."

5. Title 18, United States Code, section 875(c) prohibits a person from "transmit[ing] in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another."

6. Title 47, United States Code, section 223(a) prohibits, among other things, a person from making or causing the telephone of another repeatedly or continuously to ring, with the intent to harass any person at the called number, and "making repeated telephone calls or repeatedly initiating communication with a telecommunications device, during which conversation or communication ensues, solely to harass any specific person."

# PROBABLE CAUSE

*Summary*

1. For nearly two years, STAUFFER has engaged in a campaign of online and telephonic harassment and threats against Victim 1 and Victim 2, who reside in the Middle District of Florida. Beginning on an unknown date, but no later than in or around July 2020, and continuing to the present, STAUFFER engaged in a course of conduct with the intent to harass or intimidate the victims. Specifically, STAUFFER cyberstalked, harassed, and threatened several victims through repeated emails, phone calls, text messages, and social media messages from numerous phone numbers and accounts, which were transmitted in and affected interstate commerce.

2. The Pasco County Sheriff's Office initiated the investigation and subsequently sought the assistance of the FBI after determining there were many victims located within the Middle District of Florida and STAUFFER was located in Western District of Missouri.

*Interview of Victim 1 and Victim 2*

4. On or about December 6, 2022, the FBI interviewed Victim 1, an adult male, and Victim 2, his fiancé and cohabitant. Victim 1 and Victim 2 provided the information below.

5. In or around 2019, Victim 1 started chatting with an individual later identified as STAUFFER on the website fantasyfeeder.com. STAUFFER is an adult male but had identified himself to Victim 1 as a woman named "Jessica Riley". Victim 1 and STAUFFER chatted online for a few months about their shared fetish of

3

overeating. Eventually, Victim 1, who thought STAUFFER was a woman, shared his Instagram account with STAUFFER and the conversations then shifted to Instagram messenger. STAUFFER utilized an Instagram account with the handle "Jessica Riley" and displayed photos of a young adult female. STAUFFER and Victim 1 spoke extensively via Instagram messenger, then later exchanged phone numbers. All the conversations between STAUFFER and Victim 1 were in text form (no verbal or video conversations had taken place up to this point).

6. In or around July 2021, Victim 1 attempted to end the online/text relationship with STAUFFER because Victim 1 wanted to have an exclusive relationship with his now fiancé, Victim 2. After informing Victim 1 that he no longer wished to continue their online relationship, STAUFFER told Victim 1 that if he ceased chatting with STAUFFER, STAUFFER would tell Victim 1's then girlfriend (Victim 2) about his overeating fetish. Victim 1 felt blackmailed but still refused to continue chatting with STAUFFER.

7. For the next 18 months, Victim 1 and Victim 2 received an inordinate amount of phone calls (sometimes over a thousand calls per day), text messages, and social media messages from STAUFFER demanding that Victim 1 break up with Victim 2 and reestablish his relationship with STAUFFER. Almost all of the calls came from different phone numbers. STAUFFER also harassed dozens of people who knew Victim 1 by sending them screenshots of past embarrassing conversations between STAUFFER and Victim 1. STAUFFER accompanied those messages with

4

false stories that Victim 1 drugged and raped STAUFFER and had repeatedly abused STAUFFER because he is transgender. Victim 1 has never met STAUFFER in person.

8. The harassment was so extensive that it significantly affected Victim 1 and Victim 2's personal lives and negatively affecting Victim 2's business. Victim 1 estimated that over the past 18 months, close to 100 people have complained to Victim 1 and Victim 2 that they were being similarly being harassed by STAUFFER's repeated communications where he made false allegations of rape and abuse by Victim 1 and Victim 2. These complainants included the victims' family members, neighbors, clients, friends, and associates. Victim 2 told the FBI that STAUFFER found her business social media accounts and has been trying to destroy her business. Victim 2 indicated that STAUFFER created fake online client profiles and left negative public reviews about Victim 2's business. STAUFFER also created hundreds of fake "leads for work", which made it impossible for Victim 2 to decipher between real and fake potential clients. At least six of Victim 2's clients have been harassed by STAUFFER with messages indicating that Victim 2 enables a rapist, amongst other false allegations.

9. Victim 1 and Victim 2 told the FBI that they had received messages from STAUFFER indicating that the harassment will never stop, and that STAUFFER will continue to harass everyone in their lives until Victim 1 and Victim 2 end their relationship. Victim 1 and Victim 2 have received repeated threats of physical violence from STAUFFER, including photos of their home and vehicles, suggesting to the Victims that Stauffer was watching them.

10.     Victim 1 and Victim 2 have taken extensive steps to block STAUFFER from harassing them. They changed their phone numbers multiple times, restricted their social media access, and notified their associates, friends, and family of their cyberstalking problem.  To date, Victim 1 and Victim 2 have spent hundreds of dollars on private investigators to help identify STAUFFER because after multiple complaints to local police, the harassment and threats only got worse.

11.     After consulting with local police detectives, Victim 1 decided to attempt to cease the harassment by engaging in a conversation with STAUFFER. In or around December 2021, Victim 1 invited STAUFFER to a video chat. Prior to this video chat, Victim 1 had never spoken to STAUFFER by any means other than text communication. STAUFFER agreed, and on or about December 29, 2021, Victim 1 recorded a video chat between STAUFFER and himself. In the video chat, STAUFFER admitted to repeatedly contacting Victim 1, Victim 2, and many of their associates.  Victim 1 told FBI that it was apparent during the video chat that he was speaking to a male disguised as a female. Victim 1 told FBI that STAUFFER made the admission and told Victim 1 that he would never do it again. After the video chat, however, the harassment increased exponentially; STAUFFER began calling Victim 1 and Victim 2 approximately 1,000 times per day.

12.     Victim 1 told FBI that he had discovered the true identity of STAUFFER in or around January 2022, when Victim 1 downloaded and utilized a cellphone application to unmask the caller ID of any person calling him. In or around January 2022, Victim 1 received a phone call from an individual using phone number 816-550-

6

8510. According to the application, the caller ID for the name associated with phone number 816-550-8510 was "Evan Stauffer." Victim 1 and Victim 2 found the Facebook profile of Evan Stauffer and noticed that it was "friends with" the Facebook account of "Jessica Riley." "Jessica Riley" was one of the Facebook accounts STAUFFER used to harass Victim 1. Victim 1 reviewed the profile photos displayed on the Facebook account of "Evan Stauffer" and believed the photos were of the same person he had video chatted with in or around December 2021.

13. An FBI agent showed Victim 1 the driver's license photo of STAUFFER and Victim 1 indicated that it was the same person Victim 1 had video chatted with in or around December 2021, except in the video chat, the person was wearing a wig and pretending to be a female.

14. In or around December 2022, FBI agents received approximately 150 screenshots of conversations from the Pasco County Sheriff's Office ("PSCO") that Victim 1 and Victim 2 had previously provided to PCSO detectives. A review of the screenshots revealed the conversations were a mixture of text messages and social media conversations from unknown phone numbers to Victim 1, Victim 2, or their associates. According to the victims, the screenshots show messages they had received from STAUFFER, as well as messages that were forwarded to them by their friends, family, and associates who had also received the messages from STAUFFER. Below are a few examples of the screenshots:

7

From 715-303-2882 to Victim 2

"I swear to fucking God I'm never going to stop. I will continue to send you these messages until your guy's house goes on the market and you two are registered at different addresses. There is no reason on Earth why you two should still be together other than that fact that you are a fucking obese desperate BITCH! And if I ever see you two tagged in a picture again, I'll send these messages to all your friends and clients again, reminding them how fucking desperate you are to stay with that bastard. Your guy's "relationship" has almost killed me several times and I will not take it any more!!!! LEAVE HIM YOU DESPERATE HO!!!"

From 813-501-2434 to Victim 2

"Just sitting here watching your friends like a hawk, waiting for one of them to screw up and accidentally post a picture of you and [Victim 1] together. Then all hell will break lose and it will get REALLY nasty. I can promise you that."

From 813-543-5170 to Victim 2

"if you would just break up with him, I will leave you the fuck alone. I'll even help you with your business and promote it if you want me to. The only thing I have against you is you've taken him away from me multiple times. But if you'll walk away from him, you'll be free of me. Right now, I don't know if you guys are even still together for sure, but I assume you are, but because I don't know for sure, I am leaving you friends and clients alone for now (except the ones who are also friends with him). But if I EVER see you guys in another photo together that will add fuel to the fire, and I have the names and numbers of all your friends and clients written down (some of whom I haven't contacted before) and I will blow up their phones several times a day with the screenshots of him flirting with me, just like I do to you now. I quit my job so I have nothing but time on my hands. If he wants to treat me like a sex toy and only talk to me when it's convenient for him then I'm coming to do everything I can to make his life as difficult as possible and yours if you stay with him."

From 727-308-3535 to associate of the victims

"This week is going to be so much fun. [Victim 2], a person who makes women beautiful for a living, is engaged to a drug rapist. I strongly suggest you run from him as soon as possible before your reputation truly gets tarnished beyond repair because I'm not holding back the truth at all anymore."

<u>Between 813-815-4991 and associate of the victims</u>

813-815-4991:   "She knows about it but says it doesn't count as cheating because I'm transgender…so I guess that makes me less human?"

Victim Associate:   "I have no idea what is going on as I am not involved..I have no idea who you are..please don't message me.  #STOP"

<u>Between 727-440-0637 and associate of the victims</u>

727-440-0637:   [Screenshot of past conversation with Victim 1]

Victim Associate:   Will you stop harassing me

727-440-0637:   Yes I will.  When she leaves him.

<u>Between 813-473-6422 and associate of the victims</u>

813-473-6422:   [Screenshot of past conversation with Victim 1]

Victim Associate:   "I'm calling the police.  Leave me alone never text me again. This is harassment please stop."

813-473-6422:   I'll stop when he talks to me.

<u>From 813-942-6953 to associate of the Victims</u>

"Fuck [Victim 2], when she stops being a transphobic cunt and leaves her cheating fiancé, I'll leave you alone #transphobe #cheatingischeating"

15.   In or around December 2022, FBI agents observed a video that Victim 1 provided to the PCSO in or around February 2022. Victim 1 and Victim 2 told PCSO detectives and the FBI that the video was the aforementioned recording Victim 1 made of himself video chatting with STAUFFER in or around December 2021. In the video, FBI agents observed Victim 1 video chatting with an unknown subject. The unknown subject appeared to be a female with long hair that spoke in a masculine voice. When

9

Victim 1 asked the subject why she contacted everyone, the subject replied, "I lost control of myself." Victim 1 begged the subject to stop contacting Victim 2 and leave her out of it. The subject stated that she was "really hurt and wasn't thinking." The subject also stated, "it wasn't 18 months straight. I took breaks and stopped. It was a cycle." When asked if she meant to reach out to all of those people, the subject stated, "I was so sad…I had nothing to lose because you already hated me…I was so unhappy and miserable." The subject later said that she was "sorry" and "she would never do it again." The unknown subject spoke with a distinct and obvious lisp.

16. FBI agents spoke with a PCSO detective in or around December 2022. The detective informed the FBI that they had reviewed Victim 1's cellphone in or around February of 2022 and observed Victim 1 received the following text messages:

January 8, 2022, from 316-600-3828

You are a fucking idiot. You would seriously rather me blow up your phone and everyone you knows phone than talk to me???? I`m never going to give up

January 5, 2022, from 813-596-0688

"I'm sending someone over to your house to beat the fucking shit out of you fucking retarded bastard I know where you live!! You`ll be in the hospital very soon"

January 5, 2022, from 813-219-4972

"So I heard you are going to make a new Facebook account? Don't worry, I'll find it. Unless you use a different name and someone else's pictures. Same goes for your fat ho. Change your number? I'll find that too. I have my ways and you know it. You can run but you can't hide. I'm watching both of you like a hawk. You already knew hose I was after everything that went down this past year and a half and you decided to fuck with my head even more"

January 3, 2022, from 813-219-4972

10

"I already did. We video chatted and everything. This can go on for another 30 years. Trust me, I'll never let this go"

December 25, 2021, from 813-344-0629

"Ignoring me is a very bad idea.  I'll literally blow your phone up until you fucking talk to me."

17.     PCSO detectives served a subpoena upon Verizon Wireless and obtained call detail records with subscriber data associated with call number 816-550-8510, which was the phone number Victim 1 "unmasked" using the caller ID application on his cellphone. The FBI reviewed the records and observed that call number 816-550-8510 was subscribed to "Evan Stauffer" of Independence, Missouri.  Additionally, FBI agents observed that the call records show over 1,000 calls to *67[Victim 2's phone number] between the dates of January 10, 2022, and January 12, 2022.

18.     PCSO detectives served a subpoena upon Text Plus, an internet service provider. FBI agents reviewed records received from Text Plus.  The records show that the email estauffer99@gmail.com is the subscriber email associated with Text Plus call number 813-344-0629. This phone number (813-344-0629) is the same number that sent Victim 1 a threatening message on or about December 25, 2021. (See paragraph 16).  The records, however, did not include a name or address associated with the account.

19.     PCSO detectives served a subpoena upon Google LLC for subscriber information associated with estauffer99@gmail.com. FBI agents reviewed records received from Google LLC. The records indicate that the email address estaffer99@gmail.com is subscribed to "Evan Stauffer" of Independence, Missouri,

11

with a subscriber phone number of 816-550-8510. This phone number is the same aforementioned Verizon phone number that called Victim 2 over 1,000 times in two days. (See paragraph 17).

20. On or about December 15, 2022, FBI agents received an audio recording of a phone call between Witness 1 and STAUFFER. Witness 1 is a private investigator who was hired by Victim 1 to locate STAUFFER. Witness 1 called STAUFFER under the guise of a delivery service attempting to deliver a package to STAUFFER. STAUFFER answered the call and confirmed that he is "Evan Stauffer". After listening to the recording, FBI agents observed that STAUFFER spoke with the same distinct and obvious lisp as the unknown subject in the recorded video chat with Victim 1. (See paragraph 15). The voice in both the recorded phone call and the recorded video chat appears to be of the same person.

21. In or around December 2022, STAUFFER threatened to blackmail Victim 2 if she did not provide STAUFFER with Victim 1's new phone number. In response, victim 2 provided STAUFFER with Victim's 1's phone number as well as the phone number of an FBI agent.

22. On or about December 19, 2022, an FBI agent received a phone call from call number 505-533-0637. The caller identified herself as "Samantha" and stated that she thought she was calling Victim 1's work phone number. The caller stated that she had received the [agent's] phone number from Victim 2. The voice sounded identical to the voice on the aforementioned recorded phone call and in the recorded video chat –there was a distinct and noticeable lisp. The caller stated that she was born a male but

now identified as a woman and refused to provide her birth identity. The caller hung up once she realized she was not chatting with Victim 1, but immediately started sending the FBI agent text messages. In the text messages to the FBI agent, the caller admitted to sending threatening messages to Victim 1 because she "was pissed off." When asked about threats to Victim 2, she stated, "I didn't threaten her. Not physically I threatened to ruin her reputation by spreading nothing but the honest to God truth about her." She also stated that Victim 2 was a "fucking transphobic whore. She totally deserves it."

23. As a result of STAUFFER's course of conduct, the victims viewed the messages as true threats and suffered substantial emotional distress.

24. Based on the facts presented in this affidavit, there is probable cause to believe that STAUFFER used electronic communication services (to include Verizon Wireless, Text Plus, Instagram, and Facebook) to repeatedly communicate with Victim 1, Victim 2, and their associates, with the intent to harass and intimidate Victim 1 and Victim 2. STAUFFER's conduct caused substantial emotional distress to Victim 1 and Victim 2. Additionally, on or about January 5, 2022, STAUFFER knowingly sent text messages using wireless communication services to Victim 1 containing a true

threat to injure Victim 1 with the intent to communicate the true threat.

_____
Kevin Corrigan, Special Agent
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this 23rd day of December, 2022.

_____
HONORABLE MAC R. MCCOY
United States Magistrate Judge

14